IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY STEVENS, | No. C 10-03371 SI |
| Plaintiff, | **ORDER RE TRANSFERRED CASE** |
| v. | |
| A.W. CHESTERTON COMPANY, et al., | |
| Defendants. | |

According to this Court's docket, this case has been transferred to the Eastern District of Pennsylvania and the case has been administratively closed in this District. *See* Docket No. 28, 31. As such, any motion to remand and opposition thereto should be filed and noticed for hearing in the Eastern District of Pennsylvania. No further filings should be made in this Court.

**IT IS SO ORDERED.**

Dated: October 12, 2010

SUSAN ILLSTON
United States District Judge